David Romley [CSBN 82713]
A Professional Corporation
10629 Franlie Drive
Shadow Hills, California 91040
(818) 636-1759
Attorney for Plaintiff
John K. Sloatman III

BENJAMIN T. MORTON (SBN: 199158)
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7755
Attorneys for Defendant NAVY FEDERAL CREDIT UNION and NAVY FEDERAL FINANCIAL GROUP, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John K. Sloatman III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Navy Federal Credit Union, et al.,<br><br>　　　　Defendants | CASE NO.: 18-cv-07191-MWF<br><br>ORDER GRANTING STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE [FRCP 41] |

# ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the within action is dismissed with prejudice pursuant to the stipulation of counsel for plaintiff and defendants, each party to bear his/its own attorney fees and costs.

Dated: October 16, 2018

_____
United States District Judge